UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY G. PHILPOT,<br><br>v.<br><br>THE BALTIMORE POST-EXAMINER,<br><br>Defendant. | Case No.: 3:20-cv-00872-H-MSB<br><br>**ORDER DENYING MOTIONS FOR SUMMARY JUDGMENT AND PARTIAL SUMMARY JUDGMENT AS MOOT**<br><br>[Doc. Nos. 40, 41.] |

On August 4, 2021, the parties attended a mandatory settlement conference and reached a settlement of all claims in this action. (Doc. No. 48.) In light of this, the Court denies as moot without prejudice (1) Defendant's motion for summary judgment, (Doc. No. 40), and (2) Plaintiff's motion for partial summary judgment, (Doc. No. 41).

**IT IS SO ORDERED.**

DATED: August 4, 2021

*(signature)*
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT